437 A.2d 1023

Commonwealth v. Gray, Appellant.

Submitted April 8, 1981. Richard B. Moore, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.